**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 99-6852**

─────────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

DEIDRE L. BAGGETT, a/k/a DeDe, a/k/a Deidre L.
Willingham,

Defendant - Appellant.

─────────────

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. James C. Cacheris, Senior District Judge. (CR-91-161-A, CA-99-736-AM)

─────────────

Submitted: August 19, 1999      Decided: August 26, 1999

─────────────

Before WIDENER and KING,[*] Circuit Judges, and PHILLIPS, Senior Circuit Judge.

─────────────

Dismissed by unpublished per curiam opinion.

─────────────

Deidre L. Baggett, Appellant Pro Se. Michael R. Smythers, Assistant United States Attorney, Norfolk, Virginia; Victoria Boros Major, Special Assistant United States Attorney, Charleston, West Virginia, for Appellee.

─────────────

[*] Judge King did not participate in consideration of this case. The opinion is filed by a quorum of the panel pursuant to 28 U.S.C. § 46(d) (1994).

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Deidre Baggett appeals the district court's order denying relief on her motion filed under 28 U.S.C.A. § 2255 (West Supp. 1999). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Baggett, Nos. CR-91-161-A; CA-99-736-AM (E.D. Va. May 25, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED